IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHLEY BECKWORTH**, Individually and as administratrix of the Estate of Albert Von Earl Beckworth-Thompson, Decedent, and on behalf of the Estate's sole beneficiary, M.B. his minor child,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>**CITY OF NEW CASTLE**, a Municipal Corporation, **OFFICER HAILEY ELIZABETH HOUK**, individually and in her official capacity, **OFFICER ANDREW O'ROURKE**, individually and in his official capacity, **OFFICER NATHANIEL MILLER**, individually and in his official capacity.<br><br>                    Defendants. | **CIVIL DIVISION**<br><br>No.: 2:23-cv-2043<br><br><br>**STIPULATION OF DISMISSAL**<br><br>Electronically Filed |

## **STIPULATION OF DISMISSAL**

AND NOW, come the parties, by and through their respective counsel, and hereby enter into a **STIPULATION OF DISMISSAL** of all claims of Plaintiffs, Ashley Beckworth, Individually and as administratrix of the Estate of Albert Von Earl Beckworth-Thompson, Decedent, and on behalf of the Estate's sole beneficiary, M.B. his minor child, in the above-captioned matter, with prejudice.

| | |
|---|---|
| /s/ David J. MacMain<br>David J. MacMain, Esq.<br>MacMain Leinhauser<br>433 W. Market Street, Suite 200<br>West Chester, PA. 19382<br>484.318.7703 (p)<br>484.328.3996 (f)<br>DMacMain@macmainlaw.com<br>*Counsel to the Defendants* | /s/ Todd J. Hollis<br>Todd Hollis, Esquire<br>Todd Hollis Law Inc.<br>202 Penn Plaza<br>Turtle Creek PA 15145<br>412.515.4483 (p)<br>412.626.5748 (f)<br>toddjhollis@gmail.com<br>*Counsel to Plaintiffs* |

SO, ORDERED:

_____ J.

Date: August 6, 2025